4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
**ENTERED**

**MAY 25 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARINE MILITARY ACADEMY, INC. | § | |
| | § | CIVIL ACTION NO. B-00-075 |
| | § | |
| | § | |
| | § | |

TYPE OF CASE:     __X__ CIVIL                                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

MOTION TO TRANSFER CIVIL ACTION PURSUANT TO MANDATORY PROVISIONS OF 28 U.S.C. § 157(b)(5)

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME SCHEDULED:

**JUNE 5, 2000    2:00 P.M.**

_____
JOHN WM. BLACK, U.S MAGISTRATE JUDGE

DATE:   MAY 25, 2000

TO:   MS. MARK ALLEN TICER
      MR. EDWIN RANDOLPH FLEURIET
      MR. SHELBY JORDAN
      MR. GILBERTO HINOJOSA
      MR. MICHAEL URBIS