7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DEBBIE WAYNE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-075 |
| | § | |
| MARINE MILITARY ACADEMY, INC. | § | |

TYPE OF CASE:    __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been CANCELLED:**

TYPE OF PROCEEDING:

**HEARING ON MOTION TO TRANSFER CIVIL ACTION PURSUANT TO MANDATORY PROVISIONS OF 28 U.S.C. § 157(b)(5)**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 5, 2000 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 2, 2000

TO:     MR. MARK A. TICER
        MR. EDWIN R. FLEURIET
        MR. SHELBY JORDAN
        MR. GILBERTO HINOJOSA
        MR. MICHAEL URBIS